This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 189  SSM 15
The People &c. ex rel. Eduardo
Baez,
            Appellant,
        v.
Superintendent, Queensboro
Correctional Facility, et al.,
            Respondents.

        Submitted by Robert C. Newman, for appellant.
        Submitted by Bethany A. Davis Noll, for respondents.

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

On review of submissions pursuant to section 500.11 of the Rules (22 NYCRR 500.11), appeal dismissed, without costs, upon the ground that the issues presented have become moot.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided August 25, 2016